Case 22-12445-amc    Doc 39    Filed 01/19/23    Entered 01/20/23 09:47:55    Desc Main
Document    Page 1 of 1



Marlena Ward
1514 Grovania Ave
Abington PA. 19001
Dewrealty215@gmail.com
215 485-8440

Motion to reconsider denial of relief  Jan 19. 2023

Re: Case #22-12445-amc
Aundra Fields

Dear Honorable Ashely M. Chan,

    I'd like to first apologize for my negligence in missing my hearing that was scheduled for 12/13/22, but because I'd reached an agreement with Mr Fields and his attorney I was clear that my motion for relief would be denied. However I was not clear on my recourse for if Mr. Fields failed to hold up on his part of the agreement. Now here we are, he has failed to submit even his current month's rent, let alone the portion promised to pay to cover his delinquency.

    I am requesting a hearing to stop the bleeding and simply regain possession of my property.

Thanking you in advance,
Marlena E. Ward